# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAEANON HARTIGAN, individually and on behalf of others,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC. dba SPECTRUM,<br><br>Defendant. | Case No.: 3:19-cv-01962-H-MDD<br><br>**ORDER DENYING JOINT MOTION TO STAY PROCEEDINGS**<br><br>[Doc. No. 14.] |

On February 28, 2020, the parties filed a joint motion asking the Court to: (i) stay this case for approximately three months – until June 26, 2020 – pending a decision in <u>Barr v. American Association of Political Consultants, Inc</u>., No. 19-631 (U.S. Jan. 10, 2020) and (ii) vacate the date set for the early neutral evaluation conference. (Doc. No. 14.)

The power to stay a case is "incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." <u>Landis v. North American Co</u>., 299 U.S. 248, 254 (1936). The Court has reviewed the parties' papers and, exercising its discretion, determines that the circumstances of this case do not warrant a stay. An early neutral evaluation conference is an opportunity for the parties to discuss the merits of their positions at an early stage and

potentially settle the dispute without further costly litigation. The impact of the Supreme Court's decision in <u>Barr v. American Association of Political Consultants, Inc</u>. is, at this point, purely speculative. Accordingly, the Court **DENIES** the joint motion and declines the request to convert the early neutral evaluation conference into an attorneys only telephonic hearing.

**IT IS SO ORDERED.**

DATED: March 5, 2020

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT