# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAEANON HARTIGAN, individually and on behalf of others,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC. dba SPECTRUM,<br><br>Defendant. | Case No.: 3:19-cv-01962-H-MDD<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 39.] |

On July 21, 2020, Plaintiff Raeanon Hartigan and Defendant Charter Communications, Inc. (together the "Parties") filed a Joint Motion For Dismissal. (Doc. No. 39.) The Parties have shown good cause for their request. Accordingly, the Court **GRANTS** the Parties' joint motion and dismisses the case with prejudice. Each party shall bear their own attorneys' fees and costs in this action.

**IT IS SO ORDERED.**

DATED: July 22, 2020

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT